**REMAND/MADE JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 09-2025-GW(PLAx) | Date | December 15, 2009 |
|---|---|---|---|
| Title | *Martha Hoover, et al. v. American Income Life Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

  For reasons stated in the Court's tentative ruling and as discussed at the hearing on the Motion to Remand, Defendant prematurely removed this matter to federal court as there is insufficient evidence to demonstrate that the jurisdictional minimum of CAFA has been met.  Therefore, the matter is remanded back to the San Bernardino County Superior Court - Rancho Cucamonga (CIVRS 910758), without prejudice for the case to be removed should there be a point in time where the CAFA amount is satisfied.

  IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JG |